AO 91 (Rev. 02/09)  Criminal Complaint

DOA
10-15-16

# UNITED STATES DISTRICT COURT

for the
District of Arizona

United States of America )
v. )
Hilario Chavez Perez, )  Case No.  16-8379 MJ
a.k.a.: Hilario Chavez-Perez, )
a.k.a.: Hilario Perez-Chavez, )
a.k.a.: Hilario Perez Chavez, )
(A 088 767 672) )
_____
*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 8, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Hilario Chavez Perez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on January 26, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY:  Charles E. Bailey, P.S. for AUSA Kathy Lemke

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   October 17, 2016

_____
*Judge's signature*

City and state:   Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 8, 2016, Hilario Chavez Perez was booked into the Maricopa County Jail (MCJ) facility by the Arizona Department of Public Safety on local charges. While in custody at the MCJ, Chavez Perez was encountered by ICE Officer M. Marquez who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 15, 2016, Chavez Perez was released from the MCJ and transported to Phoenix ICE office for further investigation and processing. Chavez Perez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Hilario Chavez Perez to be a citizen of Mexico and a previously deported criminal alien. Chavez Perez was removed from the United

1

States to Mexico through Nogales, Arizona, on or about January 26, 2016, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Chavez Perez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Chavez Perez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Hilario Chavez Perez was convicted of Re-Entry of Removed Alien, a felony offense, on January 25, 2016, in the United States District Court, District of Arizona. Chavez Perez was sentenced to time served and three (3) years' supervised release. Chavez Perez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 15, 2016, Hilario Chavez Perez was advised of his constitutional rights. Chavez Perez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 8, 2016, Hilario Chavez Perez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on January 26, 2016, and not having obtained the express consent

of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 17th day of October, 2016.

John Z. Boyle,
United States Magistrate Judge

3